# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMAL BYRD, | : No. 5 EAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered on |
| | : November 21, 2013 at No. 443 MD 2013 |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : |
| | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED**, without prejudice to any right Appellant may have, pursuant to <u>Fajohn v. Com., Dep't of Corrections</u>, 692 A.2d 1067 (Pa. 1997), to seek modification of his sentence *nunc pro tunc* in the Philadelphia County Court of Common Pleas.